# IN AND UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| APRIL RUSSELL, | ) |
| Plaintiff, | ) ) ) ) Case No. 15-cv-128-CVE-PJC ) |
| GEICO GENERAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiff, April Russell, and Defendant, GEICO General Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 17th day of August 2015.

Respectfully submitted,

s/ Gerard F. Pignato
Gerard F. Pignato, OBA No. 11473
Erin J. Rooney, OBA No. 31207
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   405-606-3333
Facsimile:   405-606-3334
Email:   jerry@pclaw.org
         erin@pclaw.org
ATTORNEYS FOR DEFENDANT,
GEICO GENERAL INSURANCE COMPANY

                                                                                              s/ Marlin R. Davis
                                          Marlin R. Davis, OBA No. 10777
(*Signed with permission of filing attorney*)
MARLIN R. DAVIS, P.C.
8908 S. Yale Ave., Ste. 245
Tulsa, OK 74137
Telephone: (918) 742-0900
Facsimile: (918) 742-0001
Email: mrd@marlinrdavislaw.com

Case 4:15-cv-00128-CVE-PJC   Document 25 Filed in USDC ND/OK on 08/17/15   Page 2 of 2

2